# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION AT COOKEVILLE

| | |
|---|---|
| JEFFERY L. MCDONALD and KELLY MCDONALD, ) ) ) Plaintiffs, ) ) v. ) ) LOWE'S HOME CENTERS, LLC, ) LOWE'S HOME CENTERS, INC., ) LOWE'S COMPANIES, INC., and ) LOWE'S INVESTMENT CORP., ) ) Defendants. ) | CASE NO. JURY DEMAND (maximum persons) |

## NOTICE OF REMOVAL

COMES NOW the Defendant, Lowe's Home Centers, LLC, by and through counsel and pursuant to 28 U.S.C. §§ 1441 and 1332, and hereby states as follows:

1. Lowe's Home Centers, LLC is the Defendant in the court action Jeffery L. McDonald and Kelly McDonald v. Lowe's Home Centers LLC et al, case number CCI-21-CV-6814 which has been filed in the Circuit Court for Cumberland County, Tennessee, and which was originally filed on January 14, 2022. Copies of the Summons and Complaint filed in said action are attached hereto and are made a part hereof by reference as collective Exhibit A and constitute all process, pleadings, and Orders served upon this Defendant in such action.

2. The Summons and Complaint were served upon Lowe's Home Centers, LLC on January 28, 2022. Removal is timely filed.

3. The Plaintiff, is a resident of Cumberland County, Tennessee.

4. Lowe's Home Centers LLC is a North Carolina limited liability company organized under the laws of North Carolina. Lowe's Home Centers LLC is headquartered in the state of North Carolina, and it's principal place of business is in North Carolina. Lowe's Home Centers, LLC is a member-managed LLC with one member. The sole member is Lowe's Companies, Inc., which is a corporation organized and headquartered in the State of North Carolina, with it's principal place of business in North Carolina.

5. The amount in controversy, as is evidenced by the amount sued for as stated in the complaint, exceeds Seventy-five Thousand Dollars ($75,000). Therefore, the United States District Courts has original subject matter jurisdiction under 28 U.S.C. Section 1332.

6. The Defendant Lowe's Home Centers, LLC hereby gives notice of removal of the above-entitled action from the Circuit Court for Cumberland County, Tennessee where it is now pending to the United States District Court for the Middle District of Tennessee, Northeastern Division at Cookeville. Said notice of removal has been given to all attorneys involved in this lawsuit, and to the Circuit Court for Cumberland County, Tennessee.

**WHEREFORE,** please take notice that Defendant Lowe's Home Centers, LLC removes the state action styled *Jeffrey L. McDonald and Kelly McDonald versus Lowe's Home Centers LLC, Lowe's Home Centers, Inc., Lowe's Companies, Inc and Lowe's Investment Corp.*, from the Circuit Court of Cumberland County, Tennessee, where it is

now pending, to the United States District Court for the Middle District of Tennessee on this 23rd day of February , 2022.

> Respectfully submitted,
>
> **SPICER RUDSTROM PLLC**
>
> /s/ Darrick L. O'Dell
> Darrick L. O'Dell, Esq. BPR#26883
> Philips Plaza
> 414 Union Street, Suite 1700
> Nashville, Tennessee 37219
> (615) 259-9080 telephone
> (615) 259-1522 facsimile
> (615) 425-7358 direct line
> dodel@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been filed electronically and sent via U.S. Mail, postage prepaid, upon:

Jonathan R. Hamby
Looney, Looney & Chadwell, PLLC
156 Rector Avenue
Crossville, TN 38555
P: (931) 484-7569
F: (931) 484-4488
jrhamby@looneychadwell.com

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212
P: (615) 200-1122
F: (866) 902-8647
rlewis@johnsonlawgroup.com

This 23rd day of February, 2022

> /s/ Darrick L. O'Dell
> Darrick L. O'Dell