> ORDER:
> The motion is **GRANTED**.
>
> */s/ Alistair Newbern*
> Alistair E. Newbern
> U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **JEFFREY MCDONALD and KELLY MCDONALD**, <br><br> Plaintiffs, <br><br> v. <br><br> **LOWE'S HOME CENTERS, LLC, LOWE'S HOME CENTERS, INC., LOWE'S COMPANIES, INC., LOWES INVESTMENT CORP.**, <br><br> Defendants. | Case No. 2:22-cv-00003 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## JOINT MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER

COMES NOW, the parties, jointly, by and through counsel, and hereby file this Joint Motion to Amend the First Case Management Order and state as follows:

The parties request the Initial Case Management Order, entered on April 28, 2022, (docket no. 12), be amended to extend discovery deadlines and expert disclosures by ninety (90) days. Despite the good faith efforts of all counsel discovery has taken longer than initially anticipated.

The plaintiff's medical treatment, which he relates to the subject accident, has continued and he had a second shoulder surgery in late October 2022 and began physical therapy on November 15, 2022. At this point is has become impossible to complete discovery withing the deadlines originally set.

The parties have discussed the possibility of case resolution and intend on making an effort in that regard once the plaintiff has collected all updated medical records and bills.

Respectfully, the Initial Case Management Order should be amended with the proposed listed dates:

**DISCOVERY:** The parties shall complete all written discovery and depose all fact witnesses on or before March 31, 2023.

**DISCLOSURE OF EXPERTS:** The plaintiff shall identify and disclose all expert witnesses and expert reports on or before May 29, 2023. The defendant shall identify and disclose all expert witnesses and reports on or before July 31, 2023. All expert witnesses will be deposed on or before September 28, 2023.

Respectfully, the parties request the Initial Case Management Order be amended with the proposed listed dates above and all other deadlines remaining in place.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

 /s/ Darrick O'Dell
Darrick L. O'Dell, Esq. BPR#26883
Philips Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
(615) 259-9080 telephone
(615) 259-1522 facsimile
(615) 425-7358 direct line
dodel@spicerfirm.com
*Counsel for Defendant*

/s/ Jonathan Hamby w/ permission by DLO
Jonathan R. Hamby (TN BPR # 031728)
LOONEY, LOONEY & CHADWELL, PLLC
156 Rector Avenue
Crossville, TN 38555
Office: 931.484.7569
Fax: 931.484.4488
jrhamby@looneychadwell.com
*Counsel for Plaintiffs*

Russell W. Lewis, IV (TN BPR # 24570)
JOHNSON LAW GROUP
1019 16th Avenue South
Nashville, TN 37212
Office: 615.200.1122
Fax: 866.902.8647
rlewis@johnsonlawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been filed electronically and sent via U.S. Mail, postage prepaid, upon:

Jonathan R. Hamby
Looney, Looney & Chadwell, PLLC
156 Rector Avenue
Crossville, TN 38555

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212

This 21st day of November, 2022

/s/ Darrick L. O'Dell
Darrick L. O'Dell