# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION AT COOKEVILLE

| | |
|---|---|
| JEFFERY L. MCDONALD and KELLY MCDONALD, | CASE NO. 2:22-cv-00003 |
| Plaintiffs, | JURY DEMAND |
| v. | Judge Waverly D. Crenshaw, Jr. |
| LOWE'S HOME CENTERS, LLC, | Magistrate Judge Alistair Newbern |
| Defendant. | |

## FIRST AMENDED COMPLAINT

COME NOW Plaintiffs Jeffery McDonald and Kelly McDonald and bring this action against Defendant Lowe's Home Centers, LLC (herein referred to as "Defendant") for compensatory damages. For cause of action, Plaintiffs would show as follows:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Jeffery McDonald is above the age of 18 and resides in Cumberland County, Tennessee.

2. Plaintiff Kelly McDonald is above the age of 18 and resides in Cumberland County, Tennessee. Plaintiff Kelly McDonald is married to Plaintiff Jeffery McDonald.

3. Defendant Lowe's Home Centers, LLC, is a foreign corporation with its principal place of business in North Carolina, and upon information and belief owns, leases, operates, maintains, and/or controls a store located at 2431 N. Main St., Crossville, TN 38555. The store at this location is commonly known as "Lowe's." It may be served through its registered agent Corporation Service Company, 2908 Poston Ave. Nashville, TN 37203.

1

4. Plaintiffs' causes of action arise in tort under and by virtue of the laws of the State of Tennessee for injuries Plaintiff Jeffery McDonald sustained as a result of Defendant's negligence that cumulated when Plaintiff Jeffery McDonald was injured on or about January 20, 2021, on Defendant's premises at 2431 N. Main St., Crossville, TN 38555.

5. This Court has jurisdiction over Defendant and this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs and Defendant. Defendant is either incorporated and/or has its principal place of business outside of the state in which the Plaintiffs reside.

6. The amount in controversy between Plaintiffs and Defendant exceeds $75,000.00, exclusive of interest and cost.

7. Venue is proper within this District under 28 U.S.C. § 1391, Plaintiffs live in this District. Additionally, venue in proper in this Court as injuries sustained by Plaintiffs, as described herein, occurred in Cumberland County, Tennessee and were committed in the Middle District of Tennessee. 28 U.S.C. § 1391.

## **ALLEGATIONS**

8. The injury giving rise to this lawsuit occurred on or about January 20, 2021, on Defendant's premises at 2431 N. Main St., Crossville, TN 38555, commonly known as "Lowe's."

9. On or about January 20, 2021, Plaintiff Jeffery McDonald went to Lowe's for the purpose of purchasing lumber.

10. While in the store, Mr. McDonald was assisted by Defendant's employee who provided him with a specific type of cart to use based upon the items he was purchasing.

11. Upon information and belief, said cart was owned, maintained, and/or controlled by the Defendants.

12. The cart was under the exclusive maintenance, care, and control of the Defendants.

13. Defendant had a duty to use or exercise reasonable care in maintaining the carts for the use of customers.

14. Defendant breached its duty to use or exercise reasonable care in maintaining the carts for the use of customers.

15. The cart provided by Defendant constituted a safety hazard to customers at Defendant's store commonly known as "Lowe's."

16. Then-unknown to Mr. McDonald, the specific cart provided to him by Defendant was missing wheels and the wheels that were attached were faulty and unsteady. The cart presented a dangerous condition.

17. A Lowe's employee loaded the cart for Mr. McDonald.

18. After being loaded, the cart became imbalanced as a result of the missing wheels and unsteady wheels, and the cart tipped toward Mr. McDonald.

19. Mr. McDonald attempted to brace himself and catch the load to keep it from falling on himself, but he was unsuccessful.

20. As a result of the cart tipping, Mr. McDonald suffered injuries to his shoulder from bracing himself and injuries to the foot, including a broken toe, from the load falling on his foot.

21. Mr. McDonald's injuries required medical treatment including surgery.

22. As a result of the negligence of the Defendant in failing to properly maintain the cart, Mr. McDonald has incurred medical bills, and experienced pain, suffering, and mental anguish.

23. Plaintiff alleges that the Defendant was negligent and created an unreasonably dangerous and unsafe condition by failing to properly maintain the cart, by failing to properly warn the Plaintiff about the condition of the cart, and by failing to adhere to proper safety procedures in the maintenance of their property and premises.

24. Defendant, through the actions or inactions or its employees and/or agents, was negligent in failing to discover and/or warn Mr. McDonald of the dangerous condition.

25. Defendant, through the actions or inactions of its employees and/or agents, was negligent in failing to inspect the cart provided to Mr. McDonald.

26. As a direct and proximate result of the negligence of the Defendant, Mr. McDonald suffered severe injuries which required medical treatment.

27. As a direct and proximate result of the negligence of the Defendant, Mr. McDonald sustained physical injury and trauma, and endured pain and suffering.

28. Plaintiffs charge and allege that the Defendant is guilty of certain acts of common law negligence, to wit:

    a. Negligently allowing said dangerous, defective, and unsafe condition to remain as described herein;

    b. Failing to warn Mr. McDonald of said condition of which Defendant knew or should have known;

    c. Failing to exercise such care as was reasonable under the circumstances then existing; and

    d. Failing to repair or correct the dangerous, defective, and unsafe situation.

29. The negligence of Defendant as set forth above, directly and proximately caused injuries to Mr. McDonald, and the damages and losses here sought by Plaintiffs.

## LOSS OF CONSORTIUM

30. As a direct and proximate result of the injuries sustained by Plaintiff Jeffery McDonald, his spouse Plaintiff Kelly McDonald has suffered a loss of spousal consortium, society, affection, services and support.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS PRAY that process issue and be served upon Defendants, requiring Defendant to answer the Complaint within the time prescribed by law, that a jury of twelve (12) try the matter, and for a judgment against Defendant for:

   a. Compensatory damages in an amount to be determined by the finder of fact for the damages incurred by the Plaintiffs as a proximate result of Defendant's negligence;

   b. As Plaintiffs believe they are required to identify a specific sum of money to be awarded, Plaintiffs request the award not to exceed $900,000.00 for Mr. McDonald's damages and $75,000.00 for Mrs. McDonald's damages, specifically reserving the right to amend this request to conform to the evidence;

   c. Costs of this matter to be taxed to Defendant;

   d. Any and all other general and equitable relief to which Plaintiffs are entitled and which justice may require; and

   e. The right to amend this Complaint to conform to the evidence.

Respectfully submitted,

s/ Russell W. Lewis, IV
Russell W. Lewis, IV (TN BPR # 24570)
JOHNSON LAW GROUP
1019 16th Avenue South
Nashville, TN 37212
Office: 615.200.1122
Fax: 866.902.8647
rlewis@johnsonlawgroup.com
*Counsel for Plaintiffs*

s/ Jonathan R. Hamby
Jonathan R. Hamby (TN BPR # 031728)
LOONEY, LOONEY & CHADWELL, PLLC
156 Rector Avenue
Crossville, TN 38555
Office: 931.484.7569
Fax: 931.484.4488
jrhamby@looneychadwell.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the forgoing has been served upon the counsel for the parties in interest herein by electronic mail and/or mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Darrick L. O'Dell, Esq. (TN BPR# 26883)
SPICER RUDSTROM PLLC
Philips Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
(615) 259-1522 facsimile
dlo@spicerfirm.com
*Counsel for Defendants*


      This the 5th day of May, 2023.

                                                   s/ Russell W. Lewis, IV
                                                   Certifying attorney