UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFERY MCDONALD and KELLY MCDONALD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 2:22-cv00003 ) ) |
| LOWE'S HOME CENTERS, LLC, | ) ) ) |
| Defendant. | ) ) ) ) |

**ORDER**

The parties have filed a Stipulation of Dismissal (Doc. No. 37). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE